FILED
JUL 18 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br><br> DEANTE BROUSSARD, <br> Defendant. | No. CR-05-0189-MHP <br><br> ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |

This matter came before the Court on June 30, 2006, to review the conditions of the defendant's supervised release in anticipation of the defendant's release from the Bureau of Prisons, scheduled for July 21, 2006. The defendant was present with counsel, Ed Sidawi appearing for VRoy Lefcourt. Assistant United States Attorney George Bevan Jr. appeared for the government. U.S. Probation Officer Octavio Magana appeared for the Probation Office.

Good cause shown, and for the reasons articulated by the Court on the record at the hearing, IT IS HEREBY ORDERED that terms and conditions of the defendant's supervised release, set forth in the Judgment filed herein on August 3, 2005, are hereby modified to include the following:

1. On the date of his release from the custody of the Bureau of Prisons, the defendant shall be transported by the U.S. Marshal from the jail facility from which he is released, directly to the halfway house at Turning Point ("Turning Point") in Salinas, California.

2. The defendant shall reside, and remain, at the halfway house at Turning Point until further order of this Court, and shall observe the rules of Turning Point.

1    3. The defendant shall participate in a program of testing and treatment for drug
2    and alcohol abuse, as directed by the Probation Office, until such time as the defendant is
3    released from this condition of treatment by the Probation Office. Testing shall not
4    exceed eight times per month. The defendant is to pay part or all of the cost of this
5    treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the
6    Probation Office. Payments shall never exceed the total cost of urinalysis and counseling.
7    The actual co-payment schedule shall be determined by the Probation Office.
8    4. The defendant shall participate in a mental health treatment program, as
9    directed by the Probation Office. The defendant is to pay part or all of the cost of this
10   treatment, as an amount not to exceed the cost of treatment, as deemed appropriate by the
11   Probation Office. Payments shall never exceed the total cost of mental health counseling.
12   The actual co-payment schedule shall be determined by the Probation Office.
13   5. The defendant shall at all times remain outside the City and County of San
14   Francisco, and the Counties of Alameda, Marin, and San Mateo, unless otherwise
15   approved by the Probation Office.

28   //

| | |
|---|---|
| 1 | Except as modified herein, all the terms and conditions of the defendant's |
| 2 | supervised release, set forth in the Judgment filed on August 3, 2005, shall remain in full |
| 3 | force and effect until the expiration of the term of supervised release. |
| 4 | Ordered this _18_ day of July, 2006, at San Francisco, California. |

```
                    _____
                    MARILYN HALL PATEL
                    United States District Judge
```

Submitted by:

_____
OCTAVIO E. MAGANA
United States Probation Officer

3