UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0189 MHP |
| Plaintiff(s), | **ORDER REVOKING SUPERVISED RELEASE AND JUDGEMENT** |
| v. | |
| DEANTE BROUSSARD,, | |
| Defendant(s). | |

This matter having come on pursuant to an Order to Show Cause why supervised release should not be revoked, and defendant having appeared in person with his attorney Michael Berger on February 1, 2007, the United States being represented by Assistant United States Attorney Andy Scoble,

The defendant was advised of the following:

1. His right to a hearing on the alleged violations of supervised release;
2. His right to confront and cross-examine witnesses;
3. His right to produce evidence and witnesses at the hearing without cost to him if he could not afford the same;
4. His right to continue to have court appointed counsel represent him throughout the proceedings; and
5. The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

The court finds that defendant was fully advised of his constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that he fully understands the nature of the proceeding and the defenses that he may assert in the proceeding; that

he fully understands the consequences of the proceeding; and that he freely and voluntarily waives his right to a hearing, his counsel consenting thereto.

The court finds that the defendant has admitted to the violations as alleged in the petition to revoke and that such violations are sufficient cause to revoke supervised release.

Charge 1:   Violation of Special Condition which states that defendant shall reside, and remain, at the Halfway House in Cornell Corrections until further order in the defendant left CCC on July 21, 2006 without the prior approval of the US Probation Officer;

Charge 2:   Violation of Standard Condition which states that the defendant shall not commit another federal, state, or local crime in that defendant assaulted a federal officer on 7/21/2007;

Based on the foregoing,

IT IS ADJUDGED that supervised release be and is hereby REVOKED and that defendant is remanded into the custody of the Attorney General or his authorized representative for a term of twelve (12) months with credit for time served, to be served concurrently to the sentence imposed in CR 06-0544 MHP.

Dated: May 22, 2007

MARILYN HALL PATEL
United States District Court

2